UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2024 JUN 20  AM 10: 48

Rondell McGee
_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

See attached defendents

-against-

Po Terrene Doyle
Po Shaban Khan
Po Pee Lowren
Po Mark Mendelson

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *Bivens* action (against federal defendants).

☐ Violation of my federal constitutional rights

☑ Other:    _assauted me, tased me, beat me after I submit_

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Rondell_                _E_                _McGee_
First Name               Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_37974_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_WCDOC_
Current Place of Detention

_10 Woods Rd._
Institutional Address

_Valhalla_                _NY_                _10595_
County, City                 State                  Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    Lauren         Nee              942
                First Name      Last Name        Shield #

                Police officer
                Current Job Title (or other identifying information)

                Yonkers Fourth Precinct
                Current Work Address

                westchester City of Yonkers NY 10703
                County, City                State        Zip Code

Defendant 2:    Khan           Shaban           417
                First Name      Last Name        Shield #

                Police officer
                Current Job Title (or other identifying information)

                Yonkers Fourth Precinct
                Current Work Address

                westchester City of Yonkers NY 10703
                County, City                State        Zip Code

Defendant 3:    Mark           Mendeton
                First Name      Last Name        Shield #

                Police officer
                Current Job Title (or other identifying information)

                Yonkers Fourth Precinct
                Current Work Address

                westchester City of Yonkers NY 10703
                County, City                State        Zip Code

Defendant 4:    Doe            Spiro            926
                First Name      Last Name        Shield #

                Police officer
                Current Job Title (or other identifying information)

                Yonkers forth Precinct
                Current Work Address

                westchester City of Yonkers NY 10703
                County, City                State        Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 61 Ravine Ave Apt #5 Yonkers NY Hallway

Date(s) of occurrence: 02/01/23

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

After I surrendered to officers. I did as ordered and tried to put my hands behind my back. Even as I complied they took out there tasers and still proceeded to tase me multiple times. After this they hand cuffed me ~~started~~ ~~next~~ up punching ~~me in the~~ so hard that my ~~ear drums~~ exploded as well as punching me in the nose until it broke. Then dragged me down 4 flights of stairs. Last thing I remember was waking up and officers circuling ~~my heart~~ with a device. Later I had found out that my heart had stopped. I would ~~also~~ like to point out that I did lay on the ground and the police use excessive force on me and The Body worn cameras were activated. A call of a Violation of

an order of Protection

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Ptsd, Lower + middle back issues, broken nose, broken ~~my~~ ~~teeth~~ ~~throat issues~~ Pain and suffering and I was treated At St Joseph Hospital in ~~~~ NY for 7 days for my injuries ~~~~ got ~~~~

**VI.    RELIEF**

State briefly what money damages or other relief you want the court to order.

5 million dollars lay the officers off of work/and make them go back to training Let me go home so I can be wait my family

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| 6/5/24 | | Rondell McGee |
| Dated | | Plaintiff's Signature |
| Rondell | E | McGee |
| First Name | Middle Initial | Last Name |
| Po Woods Rd | | |
| Prison Address | | |
| Valhalla | NY | 10595 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 6/14/24

Page 6