# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

December 3, 2025

**Via ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    McGee v. Doyle, et al.
                  24-cv-04772 (PMH)

Dear Judge Halpern:

      This firm represents the Defendants in the above-referenced matter. I write as directed by the Court to respond to Plaintiff Rondell McGee's undated letter. (Doc. No. 53). I have not received any messages from Mr. McGee and did not receive the letter that he claims that he sent to me. Nonetheless, I have scheduled a legal call with Mr. McGee for December 11 at 11:00 a.m. subject to the approval of that date and time by the correctional facility to discuss any discovery related questions that he may have.

      In addition, I am requesting an extension of time from December 12, 2025, to January 3, 2026, to serve responses to Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents as I have been advised that Yonkers Police Department needs additional time to assemble documents responsive to those requests. This is the Defendants' first request for an extension of that deadline and the request does not affect any other deadlines in the Civil Case Discovery Plan and Scheduling Order.

      Thank you for your consideration.

Respectfully,

/s/ James A. Randazzo
James A. Randazzo

cc: (Regular Mail)

---

> Defendants' application for an extension to January 3, 2026 to serve Local Civil Rule 33.2 responses is granted. Defendants are directed to file a status letter by December 12, 2025 advising whether the parties conferred regarding discovery and the issues raised in Plaintiff's letter (Doc. 52).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           December 4, 2025

245 MAIN STREET SUITE 605 WHITE PLAINS, NY 10601
WWW.PORTALERANDAZZO.COM
MAIN: 914-359-2400 | FAX: 914-801-5447