UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONDELL McGEE,

Plaintiff,

-against-

P.O. TERRENC DOYLE, et al.,

Defendants.

**ORDER**

7:24-CV-04772 (PMH)

PHILIP M. HALPERN, United States District Judge:

The case management conference scheduled for October 5, 2026 is adjourned to November 12, 2026 at 11:30 a.m. and is converted to a telephone conference. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

SO ORDERED.

Dated: White Plains, New York
August 31, 2026

PHILIP M. HALPERN
United States District Judge