UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONDELL McGEE,

Plaintiff,

-against-

P.O. TERRENC DOYLE, et al.,

Defendants.

**ORDER**

7:24-CV-04772 (PMH)

PHILIP M. HALPERN, United States District Judge:

The telephone case management conference scheduled for November 12, 2026 is adjourned to January 19, 2027 at 12:00 p.m.

SO ORDERED.

Dated: White Plains, New York
October 29, 2026

PHILIP M. HALPERN
United States District Judge